IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Jessalyn Marie Molero                                    Case No. 23-51606-KMS
          Cody James Molero, Debtors                                           CHAPTER 13

## NOTICE

Debtors have filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: October 29, 2025            Signature:    /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr. (MSBN 103469)
                                                Jennifer A Curry Calvillo (MSBN 104367)
                                                The Rollins Law Firm, PLLC
                                                P.O. Box 13767
                                                Jackson, MS 39236
                                                trollins@therollinsfirm.com
                                                601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Jessalyn Marie Molero                                            Case No. 23-51606-KMS
          Cody James Molero, Debtors                                       CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COME NOW, Debtors, by and through counsel, and move this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor Jessalyn Marie Molero is going on unpaid maternity leave in the beginning of December 2025.
3. Debtors are requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of December 2025 and January 2026.
4. Debtors wish to resume making payments beginning in February 2026.
5. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on October 29, 2025, to:

By Electronic CM/ECF Notice:

  Chapter 13 Case Trustee

  U.S. Trustee

             <u>/s/ Thomas C. Rollins, Jr.</u>
             Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JESSALYN MARIE MOLERO
CODY JAMES MOLERO

CASE NO: 23-51606-KMS

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 10/29/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/29/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JESSALYN MARIE MOLERO<br>CODY JAMES MOLERO | CASE NO: 23-51606-KMS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 10/29/2025, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/29/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-51606-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED OCT 29 12-0-57 PST 2025 | CMG MORTGAGE  INC<br>CO MCCALLA RAYMER LEIBERT PIERCE  LLC<br>BANKRUPTCY DEPARTMENT<br>1544 OLD ALABAMA ROAD<br>ROSWELL  GA 30076-2102 | FLOWERING PEACH BK LLC<br>PO BOX 1149<br>GRAPEVINE  TX 76099-1149 |

~~EXCLUDE~~

| | | |
|---|---|---|
| FREEDOM MORTGAGE CORPORATION<br>BANKRUPTCY DEPARTMENT<br>11988 EXIT 5 PKWY  BLDG 4<br>FISHERS  IN 46037-7939 | KEESLER FEDERAL CREDIT UNION<br>CO ROBERT ALAN BYRD<br>PO BOX 1939<br>BILOXI  MS 39533-1939 | ~~US BANKRUPTCY COURT<br>DAN M RUSSELL  JR US COURTHOUSE<br>2012 15TH STREET  SUITE 244<br>GULFPORT  MS 39501-2036~~ |

| | | |
|---|---|---|
| 1ST FRANKLIN FINANCIAL<br>421 MEMORIAL BOULEVARD<br>PICAYUNE  MS 39466-5548 | 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMINISTRATIVE SERVICES<br>PO BOX 880<br>TOCCOA GA 30577-0880 | AMR SOUTH<br>PO BOX 8723<br>CORAL SPRINGS  FL 33075-8723 |

| | | |
|---|---|---|
| AFFIRM  INC<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO  CA 94108-2716 | AFFIRM  INC<br>PO BOX 720<br>SAN FRANCISCO  CA 94104-0720 | AFFIRM  INC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |

| | | |
|---|---|---|
| ASHLEY FUNDING SERVICES  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | CMG FINANCIAL<br>ATTN BANKRUPTCY<br>3160 CROW CANYON RD<br>STE 400<br>SAN RAMON  CA 94583-1382 | CMG MORTGAGE  INC<br>CENLAR FSB<br>ATTN BK DEPARTMENT<br>425 PHILLIPS BOULEVARD<br>EWING  NJ 08618-1430 |

| | | |
|---|---|---|
| CAPIO PARTNERS  LLC<br>ATTN BANKRUPTCY<br>PO BOX 3498<br>SHERMAN  TX 75091-3498 | CITI CARDBEST BUY<br>PO BOX 790040<br>ST LOUIS  MO 63179-0040 | CITIBANK<br>PO BOX 6217<br>SIOUX FALLS  SD 57117-6217 |

| | | |
|---|---|---|
| CITIBANK<br>PO BOX 790040<br>ST LOUIS  MO 63179-0040 | COMENITY CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY  OH  43054-3025 |

~~EXCLUDE~~

| | | |
|---|---|---|
| DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | EDFINANCIAL SRVS<br>ATTN BANKRUPTCY<br>PO BOX 36008<br>KNOXVILLE  TN 37930-6008 | ~~(D)FLOWERING PEACH BK LLC<br>PO BOX 1149<br>GRAPEVINE  TX 76099-1149~~ |

~~EXCLUDE~~

| | | |
|---|---|---|
| ~~(D)FREEDOM MORTGAGE CORPORATION<br>BANKRUPTCY DEPARTMENT<br>11988 EXIT 5 PKWY  BLDG 4<br>FISHERS  IN 46037-7939~~ | GLOBAL RADIUS<br>7831 GLENROY RD<br>MINNEAPOLIS  MN 55439-3117 | GORDON G ARMSTRONG<br>PO BOX 1464<br>MOBILE  AL 36633-1464 |

| | | |
|---|---|---|
| HIGHLAND COMMUNITY HOS<br>PO BOX 909<br>PICAYUNE MS 39466-0909 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KAREN A MAXCY ESQ<br>MCCALLA RAYMER LEIBERT PIERCE LLC<br>FOR CMG MORTGAGE INC<br>1544 OLD ALABAMA RD<br>ROSWELL GA 30076-2102 |
| KEESLER FCU<br>ATTN BANKRUPTCY<br>PO BOX 7001<br>BILOXI MS 39534-7001 | KEESLER FEDERAL CRED U<br>2602 PASS RD<br>BILOXI MS 39531-2728 | KEESLER FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7001<br>BILOXI MS 39534-7001 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | (P)LABORATORY CORPORATION OF AMERICA<br>ATTN GOVERNMENT AUDITS<br>PO BOX 2270<br>BURLINGTON NC 27216-2270 | OSCHNER HEALTH SYSTEM<br>2750 GAUSE BLVD<br>SLIDELL LA 70461-4149 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CASCADE CAPITAL FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| ROBERT ALAN BYRD ESQ<br>BYRD WISER<br>FOR KEESLER FEDERAL CREDIT UNION<br>PO BOX 1939<br>BILOXI MS 39533-1939 | SLIDELL MEMORIAL<br>PO BOX 679504<br>DALLAS TX 75267-9504 | SLIDELL OBGYN<br>2365 GAUSE BLVD<br>SLIDELL LA 70461-4142 |
| SUMMIT FINANCE<br>103 HWY 11 S<br>PICAYUNE MS 39466-4501 | SUMMIT FINANCIAL SERVICES CORP<br>105 S 16TH AVE SUITE C<br>LAUREL MS 39440-4170 | SUNRISE CREDIT SERVICE<br>260 AIRPORT PLAZA<br>BOX 9168<br>FARMINGDALE NY 11735-3946 |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965064<br>ORLANDO FL 32896-5064 | SYNCHRONY BANK<br>BY AIS INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | SYNCHRONY BANKAMAZON<br>PO BOX 71737<br>PHILADELPHIA PA 19176-1737 |
| (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | TOWER LOAN OF MISSISSIPPI LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 | TRUE ACCORD<br>53 MAIDEN LANE<br>3RD FLOOR<br>SAN FRANCISCO CA 94108 |
| US DEPARTMENT OF EDUCATION<br>EDFINANCIAL SERVICES<br>120 N SEVEN OAKS DRIVE<br>KNOXVILLE TN 37922-2359 | EXCLUDE<br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON MS 39201-5022 | UPSTART FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 1503<br>SAN CARLOS CA 94070-7503 |

```
VERIZON                              VERIZON WIRELESS                     CODY JAMES MOLERO
BY AMERICAN INFOSOURCE AS AGENT      PO BOX 650051                        12431 OLD KILN RD
4515 N SANTA FE AVE                  DALLAS  TX 75265-0051                PICAYUNE  MS 39466-9387
OKLAHOMA CITY  OK 73118-7901


DEBTOR                               EXCLUDE                              EXCLUDE

JESSALYN MARIE MOLERO                THOMAS CARL ROLLINS JR               (P)WARREN A  CUNTZ  TT JR
12431 OLD KILN RD                    THE ROLLINS LAW FIRM  PLLC           PO BOX 3749
PICAYUNE  MS 39466-9387              PO BOX 13767                         GULFPORT MS 39505-3749
                                     JACKSON  MS 39236-3767
```