_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: December 1, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **JESSALYN MARIE MOLERO** | **CASE NO.: 23-51606 KMS** |
| CODY JAMES MOLERO | |

**\*AMENDED\*ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES of DEBTOR, JESSALYN MARIE MOLERO (S.S.N. XXX-XX-3769)**

**IT APPEARING TO THE COURT** that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan.[1] The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and § 1326(a)(1)(A), that:

**Keesler Federal Credit**
**P.O. Box 7001**
**Biloxi, MS 39534**

**is directed to deduct from Debtor's wages the amended sum of \*$1,893.00\* per month, effective with the payment due before noon on February 27th, 2026.** Payments can be made either electronically through TFSBillpay.com/employer or mailed. If mailed, please include the name, case number, made payable to: Warren A. Cuntz, Jr., Trustee and mail to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

\*THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM **ON OR BEFORE** THE LAST BUSINESS DAY OF EACH MONTH THEREAFTER, <u>REGARDLESS</u> OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY.)

The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor.

##END OF ORDER##

---

[1] Adjusted plan payment due to ORDER (Dkt. 42)