**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Jessalyn Marie Molero**                **Case No. 23-51606-KMS**
**Cody James Molero, Debtors**                **CHAPTER 13**

**<u>ORDER APPROVING LOSS MITIGATION AND</u>**
**<u>MORTGAGE RECOVERY ADVANCE</u>**

This matter came before the Court on the Debtors' Motion to Approve Loss Mitigation. After notice and opportunity for hearing, the Court finds that the relief requested is in the best interest of the estate.

It is hereby ORDERED that the USDA Mortgage Recovery Advance ("MRA") between the Debtors and Freedom Mortgage Corporation is APPROVED. Freedom Mortgage is authorized to advance $8,827.78 to cure all past-due principal, interest, escrow shortages, and related charges and to add such amount to the loan as a non-interest-bearing recoverable balance payable only at payoff, refinance, sale, or maturity of the loan. All other terms of the original note and deed of trust remain in full force and effect.

## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533