# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jessalyn Marie Molero                                    Case No. 23-51606-KMS
Cody James Molero, Debtors                                        CHAPTER 13

## NOTICE

Debtors have filed papers with the court to approve a mortgage modification. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall approve the Motion.

Date:  January 16, 2026         Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jessalyn Marie Molero                              Case No. 23-51606-KMS
         Cody James Molero, Debtors                         CHAPTER 13

**MOTION TO APPROVE LOSS MITIGATION**
**(USDA MORTGAGE RECOVERY ADVANCE)**

The Debtors, by and through counsel, file this Motion to Approve Loss Mitigation and state as follows:

This Court has jurisdiction under 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (L), and (O).

1. Debtors own and reside at 12431 Old Kiln Road, Picayune, Mississippi 39466, which is encumbered by a mortgage serviced by Freedom Mortgage Corporation.
2. The loan was in default as of the petition date due to accumulated past-due principal, interest, escrow shortages, and related charges.
3. Freedom Mortgage evaluated Debtors for USDA loss mitigation and approved Debtors for a Standalone Mortgage Recovery Advance ("MRA") program. All other workout options were denied, including traditional loan modification and repayment plans.
4. The MRA is a non-interest-bearing advance made by Freedom Mortgage to bring the loan current. It does not modify the interest rate, maturity, or amortization of the original note and mortgage. Instead, Freedom Mortgage advanced funds to cure the delinquency and escrow shortage and added the amount to the loan as a non-interest-bearing recoverable balance, payable only at maturity, refinance, sale, or payoff of the mortgage.
5. As of December 24, 2025:
    a. Past-due principal & interest (6 payments) $5,800.88
    b. Other past-due amounts (escrow, etc.) $6,629.80
    c. Total past-due amounts $10,430.68
    d. Suspense funds credit $(1,602.90)
    e. Mortgage Recovery Advance $8,827.78

This advance returned the loan to current status, with a principal balance of $122,573.71.

6. Beginning February 1, 2026, Debtors must resume regular monthly mortgage payments of $1,087.63 per month (including escrow). The MRA itself does not require monthly payments and does not accrue interest.

7. Prior to execution of the MRA, Debtors were required to make three trial payments of $1,091.08 on September 1, 2025, October 1, 2025, and November 1, 2025. After successful completion, Freedom Mortgage issued and executed the MRA Agreement.

8. Because the Debtors are in bankruptcy, the MRA Agreement expressly requires Bankruptcy Court approval before it becomes effective. This loss mitigation cures all pre-petition and post-petition mortgage arrears; prevents foreclosure; preserves the debtors' residence; requires no lump-sum cure payment; and does not impair the secured creditor's lien. Approval is in the best interest of the Debtors and the estate.

WHEREFORE, the Debtors request entry of an Order approving the USDA Mortgage Recovery Advance; authorizing Freedom Mortgage to apply the $8,827.78 MRA to cure all arrears and escrow shortages; authorizing Debtors to resume monthly mortgage payments of $1,087.63 beginning February 1, 2026; and granting all further relief as may be just.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Approve Loss Mitigation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JESSALYN MARIE MOLERO
CODY JAMES MOLERO

CASE NO: 23-51606-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 1/16/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Approve Loss Mitigation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/16/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JESSALYN MARIE MOLERO<br>CODY JAMES MOLERO | CASE NO: 23-51606-KMS<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 1/16/2026, a copy of the following documents, described below,

Notice and Motion to Approve Loss Mitigation

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/16/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-51606-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI JAN 16 9-10-16 PST 2026 | CMG MORTGAGE INC<br>CO MCCALLA RAYMER LEIBERT PIERCE LLC<br>BANKRUPTCY DEPARTMENT<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | FLOWERING PEACH BK LLC<br>PO BOX 1149<br>GRAPEVINE TX 76099-1149 |
| FREEDOM MORTGAGE CORPORATION<br>BANKRUPTCY DEPARTMENT<br>11988 EXIT 5 PKWY BLDG 4<br>FISHERS IN 46037-7939 | KEESLER FEDERAL CREDIT UNION<br>CO ROBERT ALAN BYRD<br>PO BOX 1939<br>BILOXI MS 39533-1939 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL JR US COURTHOUSE~~<br>~~2012 15TH STREET SUITE 244~~<br>~~GULFPORT MS 39501-2036~~ |
| 1ST FRANKLIN FINANCIAL<br>421 MEMORIAL BOULEVARD<br>PICAYUNE MS 39466-5548 | 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMINISTRATIVE SERVICES<br>PO BOX 880<br>TOCCOA GA 30577-0880 | AMR SOUTH<br>PO BOX 8723<br>CORAL SPRINGS FL 33075-8723 |
| AFFIRM INC<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO CA 94108-2716 | AFFIRM INC<br>PO BOX 720<br>SAN FRANCISCO CA 94104-0720 | AFFIRM INC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| ASHLEY FUNDING SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | CMG FINANCIAL<br>ATTN BANKRUPTCY<br>3160 CROW CANYON RD<br>STE 400<br>SAN RAMON CA 94583-1382 | CMG MORTGAGE INC<br>CENLAR FSB<br>ATTN BK DEPARTMENT<br>425 PHILLIPS BOULEVARD<br>EWING NJ 08618-1430 |
| CAPIO PARTNERS LLC<br>ATTN BANKRUPTCY<br>PO BOX 3498<br>SHERMAN TX 75091-3498 | CITI CARDBEST BUY<br>PO BOX 790040<br>ST LOUIS MO 63179-0040 | CITIBANK<br>PO BOX 6217<br>SIOUX FALLS SD 57117-6217 |
| CITIBANK<br>PO BOX 790040<br>ST LOUIS MO 63179-0040 | COMENITY CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | EDFINANCIAL SRVS<br>ATTN BANKRUPTCY<br>PO BOX 36008<br>KNOXVILLE TN 37930-6008 | ~~EXCLUDE~~<br>~~(D)FLOWERING PEACH BK LLC~~<br>~~PO BOX 1149~~<br>~~GRAPEVINE TX 76099-1149~~ |
| ~~EXCLUDE~~<br>~~(D)FREEDOM MORTGAGE CORPORATION~~<br>~~BANKRUPTCY DEPARTMENT~~<br>~~11988 EXIT 5 PKWY BLDG 4~~<br>~~FISHERS IN 46037-7939~~ | GLOBAL RADIUS<br>7831 GLENROY RD<br>MINNEAPOLIS MN 55439-3117 | GORDON G ARMSTRONG<br>PO BOX 1464<br>MOBILE AL 36633-1464 |

```
HIGHLAND COMMUNITY HOS                (P)JEFFERSON CAPITAL SYSTEMS LLC     KAREN A MAXCY  ESQ
PO BOX 909                            PO BOX 7999                          MCCALLA RAYMER LEIBERT PIERCE  LLC
PICAYUNE  MS 39466-0909               SAINT CLOUD MN 56302-7999            FOR CMG MORTGAGE  INC
                                                                           1544 OLD ALABAMA RD
                                                                           ROSWELL GA 30076-2102


KEESLER FCU                           KEESLER FEDERAL CRED U               KEESLER FEDERAL CREDIT UNION
ATTN BANKRUPTCY                       2602 PASS RD                         ATTN  BANKRUPTCY DEPT
PO BOX 7001                           BILOXI  MS 39531-2728                PO BOX 7001
BILOXI  MS 39534-7001                                                      BILOXI  MS 39534-7001


LVNV FUNDING  LLC                     (P)LABORATORY CORPORATION OF AMERICA OSCHNER HEALTH SYSTEM
RESURGENT CAPITAL SERVICES            ATTN GOVERNMENT AUDITS               2750 GAUSE BLVD
PO BOX 10587                          PO BOX 2270                          SLIDELL  LA 70461-4149
GREENVILLE  SC 29603-0587             BURLINGTON NC 27216-2270


QUANTUM3 GROUP LLC AS AGENT FOR       QUANTUM3 GROUP LLC AS AGENT FOR      QUANTUM3 GROUP LLC AS AGENT FOR
CASCADE CAPITAL FUNDING LLC           COMENITY CAPITAL BANK                CROWN ASSET MANAGEMENT LLC
PO BOX 788                            PO BOX 788                           PO BOX 788
KIRKLAND  WA  98083-0788              KIRKLAND  WA  98083-0788             KIRKLAND  WA  98083-0788


ROBERT ALAN BYRD  ESQ                 SLIDELL MEMORIAL                     SLIDELL OBGYN
BYRD  WISER                           PO BOX 679504                        2365 GAUSE BLVD
FOR KEESLER FEDERAL CREDIT UNION      DALLAS  TX 75267-9504                SLIDELL  LA 70461-4142
PO BOX 1939
BILOXI MS 39533-1939


SUMMIT FINANCE                        SUMMIT FINANCIAL SERVICES  CORP      SUNRISE CREDIT SERVICE
103 HWY 11 S                          105 S 16TH AVE SUITE C               260 AIRPORT PLAZA
PICAYUNE  MS 39466-4501               LAUREL MS 39440-4170                 BOX 9168
                                                                           FARMINGDALE  NY 11735-3946


SYNCHRONY BANK                        SYNCHRONY BANK                       SYNCHRONY BANKAMAZON
ATTN  BANKRUPTCY DEPT                 BY AIS INFOSOURCE LP AS AGENT        PO BOX 71737
PO BOX 965064                         4515 N SANTA FE AVE                  PHILADELPHIA  PA 19176-1737
ORLANDO  FL 32896-5064                OKLAHOMA CITY  OK 73118-7901


(P)TOWER LOAN                         TOWER LOAN OF MISSISSIPPI  LLC       TRUE ACCORD
P O BOX 320001                        PO BOX 320001                        53 MAIDEN LANE
FLOWOOD MS 39232-0001                 FLOWOOD  MS 39232-0001               3RD FLOOR
                                                                           SAN FRANCISCO  CA 94108


                                      ~~EXCLUDE~~

US DEPARTMENT OF EDUCATION            ~~UNITED STATES TRUSTEE~~            UPSTART FINANCE
EDFINANCIAL SERVICES                  ~~501 EAST COURT STREET~~            ATTN BANKRUPTCY
120 N SEVEN OAKS DRIVE                ~~SUITE 6-430~~                      PO BOX 1503
KNOXVILLE  TN 37922-2359              ~~JACKSON  MS 39201-5022~~           SAN CARLOS  CA 94070-7503
```

```
VERIZON                              VERIZON WIRELESS                     CODY JAMES MOLERO
BY AMERICAN INFOSOURCE AS AGENT      PO BOX 650051                        12431 OLD KILN RD
4515 N SANTA FE AVE                  DALLAS  TX 75265-0051                PICAYUNE  MS 39466-9387
OKLAHOMA CITY  OK 73118-7901


DEBTOR                               EXCLUDE                              EXCLUDE

JESSALYN MARIE MOLERO                THOMAS CARL ROLLINS JR               (P)WARREN A  CUNTZ  T1 JR
12431 OLD KILN RD                    THE ROLLINS LAW FIRM  PLLC           PO BOX 3749
PICAYUNE  MS 39466-9387              PO BOX 13767                         GULFPORT MS 39505-3749
                                     JACKSON  MS 39236-3767
```