_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: February 23, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jessalyn Marie Molero                           Case No. 23-51606-KMS
         Cody James Molero, Debtors                              CHAPTER 13

ORDER APPROVING LOSS MITIGATION AND
MORTGAGE RECOVERY ADVANCE
(Dkt. #46)

This matter came before the Court on the Debtors' Motion to Approve Loss Mitigation. After notice and opportunity for hearing, the Court finds that the relief requested is in the best interest of the estate.

It is hereby ORDERED that the USDA Mortgage Recovery Advance ("MRA") between the Debtors and Freedom Mortgage Corporation is APPROVED. Freedom Mortgage is authorized to advance $8,827.78 to cure all past-due principal, interest, escrow shortages, and related charges and to add such amount to the loan as a non-interest-bearing recoverable balance payable only at payoff, refinance, sale, or maturity of the loan. All other terms of the original note and deed of trust remain in full force and effect.

## END OF ORDER ##


Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533