United States Bankruptcy Court
Southern District of Mississippi

In re:  
Jessalyn Marie Molero  
Cody James Molero  
    Debtors

Case No. 23-51606-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2  
Date Rcvd: Feb 23, 2026      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jessalyn Marie Molero, Cody James Molero, 12431 Old Kiln Rd, Picayune, MS 39466-9387 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karen A. Maxcy | on behalf of Creditor CMG Mortgage  Inc. karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Michael J McCormick | on behalf of Creditor CMG Mortgage  Inc. Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jessalyn Marie Molero trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 23, 2026 | Form ID: pdf012 | Total Noticed: 1 |

    on behalf of Joint Debtor Cody James Molero trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

    wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 7

_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 23, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   Jessalyn Marie Molero | Case No. 23-51606-KMS |
| Cody James Molero, Debtors | CHAPTER 13 |

### ORDER APPROVING LOSS MITIGATION AND MORTGAGE RECOVERY ADVANCE
(Dkt. #46)

This matter came before the Court on the Debtors' Motion to Approve Loss Mitigation. After notice and opportunity for hearing, the Court finds that the relief requested is in the best interest of the estate.

It is hereby ORDERED that the USDA Mortgage Recovery Advance ("MRA") between the Debtors and Freedom Mortgage Corporation is APPROVED. Freedom Mortgage is authorized to advance $8,827.78 to cure all past-due principal, interest, escrow shortages, and related charges and to add such amount to the loan as a non-interest-bearing recoverable balance payable only at payoff, refinance, sale, or maturity of the loan. All other terms of the original note and deed of trust remain in full force and effect.

## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533